IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JONES )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>And )<br>)<br>CAROLYN M. MARTIN )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>BLUE EAGLE INDUSTRIES, INC. )<br>2536 YOUNGS DRIVE )<br>HAYMARKET VIRGINIA 20169 )<br>)<br>Defendant ) | CASE NO: 1:07-cv-01087 RCL |

## STATUS MEMORANDUM

Come now the Plaintiffs, Robert Jones and Carolyn Martin by and through their attorneys, James R. Schraf and Logan Russack, LLC and pursuant to this Court's order of October 3, 2007 file this Status Memorandum.

The Plaintiffs were private lenders of funds to the Defendant. Another private lender, Craigdarloch Holdings, Inc. has filed suit in this Court in a case styled as *Craigdarloch Holdings, Inc. vs. Blue Eagle Industries, Inc.*, Case No. 1:07-cv-01086 RWR.

The summons and complaint in the Craigdarloch matter were served to the president of Blue Eagle together with the summons and complaint in this matter. Blue

1

Eagle has consented to judgment in the Craigdarloch matter and is expected to do so in this case. Attached herewith as Exhibit 1 is the affidavit of service in the Craigdarloch matter. Clare McCown an attorney in the undersigned's office signed the affidavit.

Ms. McCown has been in touch with the president of Blue Eagle regarding signing the receipt for the summons and complaint in this case as well as signing the consent judgment via electronic mail. The last communication from Blue Eagle's president indicates that it was an oversight in not returning a receipt for the service of the summons and complaint. A copy of the electronic mail transmissions is attached herewith as Exhibit 2.

The undersigned expects to have the signed receipt for service, an affidavit from Ms. McCown and a consent judgment together with a motion to approve the consent judgment filed within the next two (2) weeks.

The undersigned would request an extension to file these documents pending receipt of them from the president of Blue Eagle.

/S/ James R. Schraf
James R. Schraf, 406645
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorney for Plaintiffs,
Robert Lee Jones and Carolyn Martin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Status Memorandum, was mailed, postage prepaid, this 12th day of October, 2007 to:

>Blue Eagle Industries, Inc.
>2536 Youngs Drive
>Haymarket, Virginia 20169
>Attention: David Thornton, President


/S/ James R. Schraf
James R. Schraf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIGDARLOCH HOLDING INC.<br>West 2ND AVENUE #203-1508<br>VANCOUVER BC V6J IH2<br>CANADA<br><br>         Plaintiff<br><br>         v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>         Defendant | CASE NO:  1:07-cv-01086 RWR |

## AFFIDAVIT OF CLARE E. McCOWN

Comes now your affiant, Clare E. McCown and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is Clare E. McCown and I am a resident of Anne Arundel County Maryland.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. On the 22nd day of August, 2007 I mailed by first class mail postage prepaid to David Thornton, President and chief executive officer of Blue Eagle

Industries, Inc. the Summons, Complaint, Initial Electronic Case Filing Order and the form for Consent to Proceed Before a United States Magistrate for all Purposes issued in this case.

6. I am an attorney with the law firm of Logan Russack, LLC that represents the Plaintiff.

7. Mr. Thornton's signature appears below as evidence of his receipt of the papers listed above.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
~~Pate M. Russack~~

I acknowledge receipt of the papers described herein on behalf of Blue Eagle Industries, Inc.

_____
David Thornton
President Blue Eagle Industries, Inc.

**From:** Dave Thornton [mailto:d.d.thornton@mail2web.com]
**Sent:** Friday, October 05, 2007 3:36 PM
**To:** Clare E. McCown
**Subject:** RE: Service of Blue Eagle

Sorry.
I have been out of town and just got this. found them and sending them back asap. please use this email address from now on. it goes to my cell phone and the other will not.

David Thornton
d.d.thornton@mail2web.com


-----Original Message-----
From: Clare E. McCown [mailto:cmccown@loganrussacklaw.com]
Sent: Mon 9/24/2007 14:04
To: Dave Thornton
Subject: RE: Service of Blue Eagle

Hi Dave,


I received the documents for Craigdarloch last week but not the set for Bob Jones.  These are different proceedings (one for each creditor), so I will need the second set as well.  If you would sign the Bob Jones documents and mail those to me I would appreciate it.  Also, if you would like copies for your own records, let me know and I'm happy to mail same to you once I'm in receipt.


Thanks,

Clare


_____

From: Dave Thornton [mailto:d.d.thornton@mail2web.com]
Sent: Tuesday, September 11, 2007 4:16 PM
To: Clare E. McCown
Subject: RE: Service of Blue Eagle


Got them on Sat. Signed them and put them in the mail back to you today.
Did you get those 2 checks that i mailed a few weeks ago?

David Thornton
d.d.thornton@comcast.net

-----Original Message-----
From: Clare E. McCown [mailto:cmccown@loganrussacklaw.com]
Sent: Tue 9/11/2007 16:07
To: d.d.thornton@comcast.net
Subject: Service of Blue Eagle

Dave,

Have you received and reviewed the documents (summons, complaint, and consent) that I forwarded via mail to your attention on August 22nd? These items are extremely time-sensitive and I will need the signed copies of your affidavits, the consent orders, and the service affidavits as soon as possible. Please let me know when I can expect them and I will plan for their court filing accordingly.

I appreciate your assistance.

Best,

Clare

Clare E. McCown

Logan Russack, LLC

2530 Riva Road, Suite 308
Annapolis, Maryland 21401
443.569.0753 Direct
410.571.2780 Office
410.571.2798 Fax
301.520.5392 Mobile

cmccown@LoganRussackLaw.com <mailto:cmccown@LoganRussackLaw.com>

***********************************************************************
The information in this transmittal is privileged and confidential and is intended only for the recipient listed above. If you are neither the intended recipient nor a person responsible for the delivery of this transmittal to the intended recipient, you are hereby notified that any

unauthorized distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify me immediately at 410.571.2780