IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JONES<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| CAROLYN M. MARTIN<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026 | )<br>)<br>)<br>) | |
| Plaintiffs | ) | CASE NO: 1:07-cv-01087 RCL |
| v. | )<br>)<br>) | |
| BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169 | )<br>)<br>)<br>) | |
| Defendant | ) | |

## MOTION TO APPROVE CONSENT JUDGMENT

Come now the Plaintiffs, Robert Lee Jones and Carolyn M. Martin by and through their attorneys, James R. Schraf and Logan Russack, LLC and move this Honorable Court to approve the consent judgment entered into by the parties and for their reasons state as follows:

1. A Complaint has been filed alleging breach of contract against the Defendant, Blue Eagle Industries, Inc.

2. That Complaint was served by first class mail to the president of Blue Eagle Industries, Inc. on August 22, 2007.

3. The affidavit of service and acknowledgement of receipt of the summons and complaint by the president of Blue Eagle Industries, Inc. has been filed concurrently herewith.

4. Attached herewith as Exhibit 1 is a consent to entry of judgment executed by the undersigned counsel for the Plaintiffs and the president of Blue Eagle Industries, Inc.

5. Blue Eagle agrees that a judgment in the amount of $160,156.25 should be entered against it in favor of Robert Lee Jones and agrees that a judgment in the amount of $94,368.00 should be entered against it in favor of Robert Lee Jones and Carolyn M. Martin jointly.

WHEREFORE: the plaintiffs, Robert Lee Jones and Carolyn M. Martin respectfully request that this Honorable Court enter judgment in its favor in accordance with the amount set forth in the attached exhibit 1.

                         Respectfully submitted:

                         /S/ James R. Schraf_____-
                         James R. Schraf, 406645
                         Logan Russack, LLC
                         2530 Riva Road, Suite 308
                         Annapolis, Maryland 21401
                         (410) 571-2780
                         Attorney for Plaintiffs,
                         Robert Lee Jones and Carolyn M. Martin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Approve Consent Judgment, was mailed, postage prepaid, this 17th day of October, 2007 to:

> Blue Eagle Industries, Inc.
> 2536 Youngs Drive
> Haymarket, Virginia 20169
> Attention: David Thornton, President

> /S/ James R. Schraf_____
> James R. Schraf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JONES<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026<br><br>And<br><br>CAROLYN M. MARTIN<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026<br><br>Plaintiffs<br><br>v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 1:07-cv-01087 RCL |

## **CONSENT JUDGMENT**

Come now the Plaintiffs and the Defendant by and through their respective representatives and agree that judgment shall be entered in favor of the Plaintiffs, Robert Lee Jones and Carolyn M. Martin and against Blue Eagle Industries Inc. as follows:

As to Robert Lee Jones:

    Compensatory damages:   $ 153,125.00
    Prejudgment interest           7,031.25
    Total Judgment          $ 160,156.25

As to Robert Lee Jones and Carolyn Martin Jointly:

Compensatory damages:   $ 84,571.00
Prejudgment interest:         2,250.00
Attorney's fees:                  7,547.00
Total Judgment:              $ 94,368.00

Post judgment interest at the legal rate shall begin to accrue upon entry of the judgment by the court.

_____
James R. Schraf, 406645
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorney for Plaintiffs,
Robert Lee Jones and Carolyn M. Martin

_____
Blue Eagle Industries, Inc.
2536 Youngs Drive
Haymarket, Virginia 20169
By: David Thornton, its President

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JONES<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| CAROLYN M. MARTIN<br>1266 NEW HAMPSHIRE AVE. NW<br>WASHINGTON, DC 20026 | )<br>)<br>)<br>) | |
| Plaintiffs | ) | CASE NO: 1:07-cv-01087 RCL |
| v. | )<br>)<br>) | |
| BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169 | )<br>)<br>)<br>) | |
| Defendant | ) | |

**ORDER GRANTING MOTION TO APPROVE CONSENT JUDGMENT**

Upon consideration of the Motion to Approve Consent Judgment filed by the Plaintiffs, Robert Lee Jones and Carolyn M. Martin and the supporting documentation it is this ____ day of October 2007,

ORDERED, that the motion be and is hereby granted and judgment is entered in favor of Robert Lee Jones and against Blue Eagle Industries, Inc. in the following amount:

        Compensatory damages:  $ 153,125.00
        Prejudgment interest         7,031.25
        Total Judgment         $ 160,156.25

ORDERED, that judgment is entered in favor of Robert Lee Jones and Carolyn M. Martin jointly and against Blue Eagle Industries, Inc. in the following amount:

| | |
|---|---|
| Compensatory damages: | $ 84,571.00 |
| Prejudgment interest: | 2,250.00 |
| Attorney's fees: | 7,547.00 |
| Total Judgment: | $ 94,368.00 |

Post judgment interest at the legal rate shall begin to accrue upon docketing of the judgments by the Clerk of the Court.

_____
The Honorable Royce C. Lamberth
Judge United States District Court for the
District of Columbia

Copies to:

James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401

Blue Eagle Industries, Inc.
2536 Youngs Drive
Haymarket, Virginia 20169
Attention: David Thornton, President