UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT LEE JONES,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1087 (RCL) |
| ) | |
| **BLUE EAGLE INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiffs, Robert Lee Jones and Carolyn M. Martin, have filed a motion to enter a consent judgment against the defendant. The defendant corporation, however, is not represented by counsel.

The law is clear that a corporation cannot prosecute an action pro se. Bristol Petroleum Corp. v. Harris, 901 F.2d 165, 166 n.1 (D.C. Cir. 1990). Indeed, "it has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993). Thus, while an individual has a statutory right to represent himself in federal court, a corporation must have counsel. See In re Victor Publishers, Inc., 545 F.2d 285, 286 (1st Cir. 1976). Counsel would not be necessary if the parties entered into their own settlement agreement and plaintiffs then filed a praecipe of dismissal under Fed. R. Civ. P. 41(a)(1), but that is not what plaintiffs have proposed. Accordingly, it is hereby

ORDERED that plaintiffs' motion [5] to approve the consent judgment is DENIED without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 23, 2007.