## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT L. JONES, et al.         )
                                    )
        Plaintiffs         )     CASE NO:  1:07-cv-01087 RCL
                                    )
           v.            )
                                    )
BLUE EAGLE INDUSTRIES, INC.   )
                                    )
        Defendant      )

## MOTION FOR ENTRY OF DEFAULT

Comes now Plaintiffs, Robert Lee Jones and Carolyn M. Martin, by and through their attorneys, James R. Schraf and Logan Russack, LLC, and moves this Honorable Court for entry of an order of default, pursuant to Federal Rule 55 and for its reasons states as follows:

1.  A Complaint has been filed alleging breach of contract against the Defendant, Blue Eagle Industries, Inc.

2.  That Complaint was served by first class mail to the president of Blue Eagle Industries, Inc. on August 22, 2007.

3.  An affidavit of service and acknowledgement of receipt of the summons and complaint by the president of Blue Eagle Industries, Inc. was filed with this Court on October 15, 2007.

1

4. The time to file a responsive pleading under the Federal Rules of Civil Procedure has passed and the Defendant has not filed any responsive pleading.

5. Attached herewith, as Exhibit 1 is an affidavit from the president of Blue Eagle that acknowledges that the collective amount of $254,524.25 is due and owing to the Plaintiffs in this case.

WHEREFORE, the plaintiffs, Robert Lee Jones and Carolyn M. Martin respectfully requests that this Honorable Court enter an order of default against the Defendant, Blue Eagle at which time the Plaintiff will move for a default judgment pursuant to the rules of this Court.

Respectfully submitted:

/S/ James R. Schraf_____
James R. Schraf, 406645
Logan Russack, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(410) 571-2780
Attorney for Plaintiffs,
Robert L. Jones and Carolyn M. Martin

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default, was mailed, postage prepaid, this 10th day of December, 2007 to:

Blue Eagle Industries, Inc.
2536 Youngs Drive
Haymarket, Virginia 20169
Attention: David Thornton, President


/S/ James R. Schraf_____
James R. Schraf 406645

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT LEE JONES          )
1266 NEW HAMPSHIRE AVE. NW   )
WASHINGTON, DC 20026       )
                          )
       And            )
                          )
CAROLYN M. MARTIN       )
1266 NEW HAMPSHIRE AVE. NW   )
WASHINGTON, DC 20026       )
                          )
      Plaintiffs      )     CASE NO: 1:07-cv-01087 RCL
                          )
        v.           )
                          )
BLUE EAGLE INDUSTRIES, INC.   )
2536 YOUNGS DRIVE        )
HAYMARKET VIRGINIA 20169   )
                          )
      Defendant     )

## <u>AFFIDAVIT OF DAVID THORNTON</u>

Comes now your affiant, David Thornton and declares and affirms as follows, pursuant to 28 U.S.C. 1746:

1. My name is David Thornton and I am a resident of Haymarket, Virginia.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. I am the chief executive officer of Blue Eagle Industries, Inc. (hereinafter "the Corporation").

1

6. Blue Eagle Industries, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

7. I have the authority of the Corporation to provide this affidavit on its behalf.

8. The Corporation borrowed the sum of $125,000 from Robert Lee Jones on April 25, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 1. The promissory note was to be repaid on or before April 25, 2007 in the amount of $153,125 constituting principal and interest.

9. The Corporation borrowed the sum of $75,000 from Robert Lee Jones and Carolyn M. Martin on April 27, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 2. The promissory note was to be repaid on or before April 27, 2007 in the amount of $84,571 constituting principal and interest.

10. The Corporation has failed to repay the loans described above pursuant to the terms of the promissory notes.

11. The Corporation is in default under the terms of each of the promissory notes set forth above.

12. The Corporation is currently indebted to Robert Lee Jones in the amount of $153,125.

13. The Corporation is currently indebted to Robert Lee Jones in the amount of $7,031.25 representing prejudgment interest.

2

14. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $84,571.

15. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $2,250.00 representing prejudgment interest.

16. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $ 7,547.00 representing attorney's fees incurred in the collection of the principal and interest due under the terms of the promissory notes set forth above.

I declare under the penalty of perjury that the foregoing is true and correct.

David Thornton
President Blue Eagle Industries, Inc.

RECEIVED

OCT 1 5 2007

BY: -------------------