CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Robert L. Jones, et al.
Plaintiff(s)

vs.                                                                                       Civil Action No. 1:07-cv-01087 RCL

Blue Eagle Industries, Inc.
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 20th day of February, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Blue Eagle Industries, Inc was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☑ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): David Thornton, President August 27, 2007.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 28 U.S.C. Section 1332.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/S/ James R. Schraf
Attorney for Plaintiff(s) [signature]

Logan Yumkas, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(410) 571-2780

406645
Bar Id. Number                                         Name, Address and Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JONES )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>And )<br>)<br>CAROLYN M. MARTIN )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>BLUE EAGLE INDUSTRIES, INC. )<br>2536 YOUNGS DRIVE )<br>HAYMARKET VIRGINIA 20169 )<br>)<br>Defendant ) | CASE NO: 1:07-cv-01087 RCL |

## AFFIDAVIT OF CLARE E. McCOWN

Comes now your affiant, Clare E. McCown and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is Clare E. McCown and I am a resident of Anne Arundel County Maryland.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

1

5. On the 22nd day of August, 2007 I mailed by first class mail postage prepaid to David Thornton, President and chief executive officer of Blue Eagle Industries, Inc. the Summons, Complaint, Initial Electronic Case Filing Order and the form for Consent to Proceed Before a United States Magistrate for all Purposes issued in this case.

6. I am an attorney with the law firm of Logan Russack, LLC that represents the Plaintiff.

7. Mr. Thornton's signature appears below as evidence of his receipt of the papers listed above.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Clare E. McCown

I acknowledge receipt of the papers described herein on behalf of Blue Eagle Industries, Inc.

_____
David Thornton
President Blue Eagle Industries, Inc.

5. ~~On the ___ day of _____, 2007 I personally met with and served upon David Thornton, President and chief executive officer of Blue Eagle Industries, Inc. the Summons, Complaint, Initial Electronic Case Filing Order and the form for Consent to Proceed Before a United States Magistrate for all Purposes issued in this case.~~

6. I am an attorney with the law firm of Logan Russack, LLC that represents the Plaintiff.

7. Mr. Thornton's signature appears below as evidence of his receipt of the papers listed above.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
~~Date M. Russack~~

I acknowledge receipt of the papers described herein on behalf of Blue Eagle Industries, Inc.

_____
David Thornton
President Blue Eagle Industries, Inc.