Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT LEE JONES, et al.
_____
        Plaintiff(s)

   v.

Civil Action No. __07-1087 (RCL)__

BLUE EAGLE INDUSTRIES, INC.
_____
        Defendant(s)

RE:  BLUE EAGLE INDUSTRIES, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint     on      8/22/2007     , and an affidavit on behalf of the plaintiff having been filed, it is this _21st_ day of _February_, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                  Deputy Clerk