IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT L. JONES, et al. | * | |
| Plaintiffs | * | CASE NO: 1:07-cv-01087 RCL |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| Defendant | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs Robert L. Jones and Carolyn M. Martin (hereinafter "Plaintiffs"), by their undersigned counsel, pursuant to Rule 55 of the Federal Rules of Civil Procedure and LCvR 7 of the Local Rules of Court, hereby move for Default Judgment on the Complaint for Breach of Contract against the Defendant Blue Eagle Industries (hereinafter, the "Defendant"), on grounds that the Defendant has failed to timely answer the Complaint or defend this suit and therefore there are no issues of material fact, Plaintiffs' claim against Defendant is for a sum certain, and the Plaintiffs are entitled to a judgment as a matter of law.  The Plaintiffs request that a default judgment be entered as the Clerk has entered an order of default on February 21, 2008. The grounds for this motion are more particularly set forth in the accompanying Memorandum In Support of Motion for Default Judgment.

WHEREFORE, Robert L. Jones and Carolyn M. Martin, respectfully request that this Court grant a default judgment in their favor and award compensatory damages in the amount of $254,524.25.

        s/ James R. Schraf
        James R. Schraf, 406645
        Logan Yumkas, LLC
        2530 Riva Road, Suite 400
        Annapolis, Maryland 21401
        Tel:   (410) 571-2780
        Fax:   (410) 571-2798
        Email: jschraf@Logan-Law.com

        Attorneys for Plaintiffs,
        Robert L. Jones and Carolyn M. Martin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT L. JONES, et al. | * | |
| Plaintiffs | * | CASE NO: 1:07-cv-01087 RCL |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF BOB JONES'S MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT

Plaintiffs, Robert L. Jones and Carolyn M. Martin, by their undersigned counsel, file this Memorandum in Support of Motion for Default Judgment, and state as follows:

Statement of the Case

This case was commenced on June 18, 2007, when Plaintiffs filed a Complaint with this Court against Defendant Blue Eagle Industries, Inc. for breach of contract. On June 22, 2007, the Court Clerk issued a summons to Defendant which was served on the Corporate Executive Officer thereof, by first class mail on September 8, 2007. Blue Eagle Industries failed to answer the summons within 20 days following service. To date, no answer has been filed or appearance entered on behalf of Defendant. Plaintiffs filed for an entry of default on December 10, 2007.

Plaintiffs now move for a Default Judgment on grounds that all allegations contained in Plaintiffs' complaint have been deemed admitted by Defendant's failure to

answer the complaint, Defendant has further admitted the facts stated in the Complaint by means of a signed affidavit which establishes the amount due as a sum certain, there are no material facts in dispute, Defendant is not an infant or incompetent person, and, as a matter of law, default judgment should be found for the Plaintiff.

Jurisdiction

The Court has jurisdiction of this core proceeding pursuant to 28 U.S.C. §§ 1332 and Rule 55 of the Federal Rules of Civil Procedure.

The Law

A court has the power to enter default judgment when a defendant fails to defend its case appropriately or otherwise engages in dilatory tactics. *Keegel v. Key West & Caribbean Trading Co.,* 627 F.2d 372, 375 n. 5 (D.C.Cir.1980). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules." FED.R.CIV.P. 55(a). Upon request of the party entitled to default, Rule 55(b)(2) authorizes the court to enter against the defendant a default judgment for the amount claimed and costs. FED.R.CIV.P. 55(b)(2).

Argument

**I.  Defendant Blue Eagle Industries Breached its Contract with Plaintiffs.**

The uncontested facts of this matter, pled in specificity in the Complaint, demonstrate that Plaintiffs and Defendant entered into a several valid contracts for good and valuable consideration. Plaintiffs performed as specified by the contract and extended $200,000.00 in loans to Defendant. The Defendant failed to perform as

specified by the contract when it defaulted on loans payable to Robert Jones and Carolyn Martin. Plaintiffs have suffered damages in the amount of $254,524.25, representing the unpaid principal of the loans, plus accrued interest, plus attorney's fees.

Defendant has admitted to its breach of contract both in a signed affidavit and by Defendant's failure to respond to the complaint. *See* Exhibit A, Affidavit of David Thornton. Consequently, this case presents no question of material fact.

**II.  Defendant was defaulted because of failure to appear; Defendant is not an infant or incompetent person; and the amount due is a sum certain.**

Defendant Blue Eagle is a corporation which is currently insolvent and no longer generating sufficient revenue to pays its debts. Defendant corporation has not retained counsel in the above captioned matter. Defendant has not answered the complaint nor entered an appearance in the nearly four months following receipt of service of summons and complaint in this suit. Moreover, Defendant signed a Consent Judgment and Affidavit in this matter admitting the statement of facts as recited by Plaintiffs and the amount due by Defendant. Accordingly, Defendant has demonstrated an unwillingness to defend the allegations presented in this matter, and in fact, as acquiesced to judgment against it.

Defendant Blue Eagle signed an Affidavit in this matter conceding that it is in breach of contract with Plaintiffs, and is indebted to Plaintiffs in the amount of $254,524.25. Plaintiffs hereby stipulate that this sum is accurate and constitutes a sum certain.

WHEREFORE, Plaintiffs, Robert Jones and Carolyn Martin, respectfully request that this Court grant default judgment in their favor and award compensatory damages in the sum certain amount of $254,524.25 reflecting the principal amount of Plaintiffs' loans plus pre-judgment interest thereon, and attorneys fees.

s/ James R. Schraf
James R. Schraf, 406645
Logan Yumkas, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
Tel:   (410) 571-2780
Fax:   (410) 571-2798
Email: jschraf@Logan-Law.com

Attorneys for Plaintiffs,
Robert L. Jones and Carolyn M. Martin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Default Judgment and Memorandum of Points and Authorities, was mailed, postage prepaid, this 7th day of March, 2008 to:

        Blue Eagle Industries, Inc.
        2536 Youngs Drive
        Haymarket, Virginia 20169
        Attention: David Thornton, President


        /S/ James R. Schraf
        James R. Schraf 406645

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JONES )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>And )<br>)<br>CAROLYN M. MARTIN )<br>1266 NEW HAMPSHIRE AVE. NW )<br>WASHINGTON, DC 20026 )<br>)<br>      Plaintiffs )<br>)<br>      v. )<br>)<br>BLUE EAGLE INDUSTRIES, INC. )<br>2536 YOUNGS DRIVE )<br>HAYMARKET VIRGINIA 20169 )<br>)<br>      Defendant ) | CASE NO: 1:07-cv-01087 RCL |

## AFFIDAVIT OF DAVID THORNTON

Comes now your affiant, David Thornton and declares and affirms as follows, pursuant to 28 U.S.C. 1746:

1. My name is David Thornton and I am a resident of Haymarket, Virginia.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. I am the chief executive officer of Blue Eagle Industries, Inc. (hereinafter "the Corporation").

6. Blue Eagle Industries, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

7. I have the authority of the Corporation to provide this affidavit on its behalf.

8. The Corporation borrowed the sum of $125,000 from Robert Lee Jones on April 25, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 1. The promissory note was to be repaid on or before April 25, 2007 in the amount of $153,125 constituting principal and interest.

9. The Corporation borrowed the sum of $75,000 from Robert Lee Jones and Carolyn M. Martin on April 27, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 2. The promissory note was to be repaid on or before April 27, 2007 in the amount of $84,571 constituting principal and interest.

10. The Corporation has failed to repay the loans described above pursuant to the terms of the promissory notes.

11. The Corporation is in default under the terms of each of the promissory notes set forth above.

12. The Corporation is currently indebted to Robert Lee Jones in the amount of $153,125.

13. The Corporation is currently indebted to Robert Lee Jones in the amount of $7,031.25 representing prejudgment interest.

14. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $84,571.

15. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $2,250.00 representing prejudgment interest.

16. The Corporation is currently indebted to Robert Lee Jones and Carolyn M. Martin jointly in the amount of $ 7,547.00 representing attorney's fees incurred in the collection of the principal and interest due under the terms of the promissory notes set forth above.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
David Thornton
President Blue Eagle Industries, Inc.

RECEIVED
OCT 1 5 2007
BY:--------------------

RECEIVED
OCT 1 5 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT L. JONES, et al. | * | |
| Plaintiffs | * | CASE NO: 1:07-cv-01087 RCL |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Upon consideration of the Plaintiffs, Robert Jones and Carolyn Martin's, Motion For Default Judgment and Memorandum In Support of Motion for Default Judgment, Defendant's failure to enter it's appearance or timely defend against Plaintiffs' allegations, and after notice and a hearing, and the Court finding that, pursuant Rule 55 of the Federal Rules of Civil Procedure, the Plaintiffs are entitled to a judgment as a matter of law, it is, by the United States District Court for the District of Columbia, ORDERED:

1.   That Plaintiffs' Motion for Default Judgment be, and is hereby, granted;

2.   Compensatory damages in the amount of $252,524.25 be awarded.

Dated:_____                    _____
                                        Judge United States District Court for the
                                        District of Columbia

cc: James R. Schraf, Esquire
Logan Yumkas, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

Blue Eagle Industries, Inc.
Attn: David Thornton, CEO
2536 Youngs Drive
Haymarket, Virginia 20169