IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT L. JONES, et al. | * | |
| Plaintiffs | * | CASE NO: 1:07-cv-01087 RCL |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| Defendant | * | |

* * * * * * * * * * * *

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Upon consideration of the Plaintiffs, Robert Jones and Carolyn Martin's, Motion For Default Judgment and Memorandum In Support of Motion for Default Judgment, Defendant's failure to enter it's appearance or timely defend against Plaintiffs' allegations, and after notice and a hearing, and the Court finding that, pursuant Rule 55 of the Federal Rules of Civil Procedure, the Plaintiffs are entitled to a judgment as a matter of law, it is, by the United States District Court for the District of Columbia, ORDERED:

    1.    That Plaintiffs' Motion for Default Judgment be, and is hereby, granted;

    2.    Compensatory damages in the amount of $252,524.25 be awarded.

SO ORDERED.

_____Signed_ by Royce C. Lamberth, United States District Judge, on April 7, 2008.